# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                )
    WILSON, STACEY              )   Case No.  12-81307
                       Debtor.   )   Chapter 13

## DEBTOR'S MOTION FOR AUTHORIZATION FOR LOAN MODIFICATION

NOW COMES the Debtor in the above entitled proceeding, by her counsel, SUMNER A. BOURNE, of RAFOOL, BOURNE & SHELBY, P.C., and move and request that the Court authorize her to do a loan modification on their mortgage loan, and state as follows:

1.   Debtor's Plan provides that Debtor will pay, outside the Plan, the mortgage loan on the property located at 121 Arrow Street, Pekin, IL 61554, in addition to the Chapter 13 Trustee paying an arrearage of $2,424.35 through the Plan, to SUNTRUST MORTGAGE.

2.   KONDAUR CAPITAL CORPORATION (current lender) has agreed to do a loan modification on said mortgage.

3.   Loan modification of the mortgage loan would benefit the Debtor's continuing ability to make Plan payments.

4.   KONDAUR CAPITAL CORPORATION requires authorization from the Court before it will modify said loan.

WHEREFORE, Debtor requests that this Court approve her request for loan modification on her property at 121 Arrow Street, Pekin, IL 61554, and for such further and other relief as is just.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Sumner A. Bourne | STACEY WILSON, |
| RAFOOL, BOURNE & SHELBY, PC |  |
| 411 Hamilton Blvd, Suite 1600 |  |
| Peoria, IL 61602 | BY:   /s/ Sumner A. Bourne |
| Telephone: (309) 673-5535 | Attorney for Debtor |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that this electronic document was served either electronically through the court's electronic mailing system pursuant to the notice generated by the court upon the following parties:

        Michael D. Clark, Chapter 13 Trustee

        U.S. Trustee


        BY: /s/ Sumner A. Bourne


Sumner A. Bourne
RAFOOL, BOURNE & SHELBY, P.C.
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602
Telephone: (309) 673-5535